ANTONIO MINICHINO, BY NEXT FRIEND, RESPONDENT,
v. PUBLIC SERVICE RAILWAY COMPANY, APPELLANT.

Submitted July 7, 1913—Decided October 8, 1913.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

This is an action for personal injuries. The plaintiff, a boy three and a half years of age at the time of the accident, while sitting upon the ties just outside the north rail of the eastbound track of the defendant's railway between Jersey City and Newark, was struck by the running-board of an open car. The plaintiff had a verdict, and the judgment entered thereon is now before us for review.

The only matter argued by counsel for the plaintiff in error is the refusal of the trial court to direct a verdict in favor of the defendant. It is contended that this course should have been pursued for the reason that the testimony disclosed no negligence on the part of the defendant's employes who were operating the car. The testimony shows that the motorman saw the boy in plenty of time to stop his car before it reached the place where the boy was sitting, but thought that what he observed was a dirty piece of paper, and so gave the matter no thought until he was within a few feet of the plaintiff, when the latter raised up. The motorman thereupon applied the emergency brake, but too late to avoid the accident. We do not think that it can be said, as a matter of law, that the motorman was not negligent. It was a question for the jury to say whether, having observed this object on the track, he exercised reasonable care in running it down without first ascertaining whether it was what it appeared to be, or whether it was, as it turned out to be, a human being.

The judgment under review will be affirmed.

For the appellant, *Lefferts S. Hoffman.*

For the respondent, *Beecher & Bedford.*

PER CURIAM.

The judgment is affirmed, for the reasons stated in the memorandum of the Supreme Court.

*For affirmance*—SWAYZE, TRENCHARD, PARKER, KALISCH, VREDENBURGH, CONGDON, WHITE, TERHUNE, HEPPEN-HEIMER, JJ.   9.

*For reversal*—None.

---

LIZZIE  A.  NIXON,  PLAINTIFF-APPELLANT,  v.  JOAST NIXON, DEFENDANT-RESPONDENT.

Argued June 26, 1913—Decided June 26, 1913.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

The plaintiff sued the defendant in the Supreme Court upon a contract. The declaration contained the common counts and the defendant filed a plea of the general issue. At the close of the case, after both sides had rested, the judge of the Circuit Court, to whom the cause had been referred for trial, directed a verdict for the defendant upon the ground, as he observed, that the plaintiff's testimony was of such a loose character touching the alleged contract that the denial of the defendant and the testimony of a number of witnesses supporting him, made it seem to the court that if ever there was a case which ought to be taken from the jury, it was the one on trial. We dissent from that view. There was testimony in the case tending to show the making of the